IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 98-30011-01 |
| VERSUS | * | JUDGE JAMES |
| MICHAEL O'SHEA HEARD | * | MAGISTRATE JUDGE HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's latest §2255 motion (Document No. 191) be **DISMISSED for failure to obtain leave to file same from the United States Court of Appeals for the Fifth Circuit.**

THUS DONE AND SIGNED this 3rd day of October, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE